DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BANK OF NEW YORK MELLON f/k/a The Bank Of New York,
as trustee, for the benefit of the certificate holders of CWABS,
Inc., asset-backed certificates, series 2006-SD4,

Appellant,

v.

HANANIA ASSOR; LESLIE ASSOR; ICELIA M. FEDD;
MICHAEL A. FEDD, SR.; JAMES ROUCHES; RONDA
ROUCHES; and PALMER GLENN ASSOCIATION, INC.,

Appellees.

No. 2D2024-1859
_____

October 1, 2025

Appeal from the Circuit Court for Sarasota County; Stephen M. Walker,
Judge.

Adam A. Diaz of Diaz Anselmo & Associates, P.A., Fort Lauderdale, for
Appellant.

Caroleen B. Brej and David A. Wallace of Bentley Goodrich Kison, P.A.,
Sarasota; and Jason Ramos, Sarasota, for Appellees Hanania Assor and
Leslie Assor.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

LUCAS, C.J., and BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.